UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

REBECCA J. BOWRING,                )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )   Civil No. 09-573-B-W
                                   )
SOCIAL SECURITY ADMINISTRATION     )
COMMISSIONER,                      )
                                   )
    Defendant.                     )

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 21, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be VACATED and the case REMANDED for further proceedings.

        /s/ John A. Woodcock, Jr.
        JOHN A. WOODCOCK, JR.
        CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of October, 2010