UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| REBECCA J. BOWRING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09-cv-00573-JAW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 28, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the unopposed Motion for Clarification (Docket # 23) be and hereby is GRANTED and the Court's order and judgment is modified to state the Commissioner's administrative decision is REVERSED, in part, and the matter is REMANDED for further proceedings on the 2004 application.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2011